**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

**REHEARING ACTION: November 22, 2017**

**Docket Number: 17   00284-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DANIAL LEWAYNE LAFLEUR**
**-AKA- DANIEL LAFLEUR**
**-AKA- DANIEL LEE LAFLEUR**
**-AKA DANIAL LEFLEUR**

**Appealed from Jefferson Davis Parish Case No. CR-702-13**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Danial Lewayne LaFleur** has this day been

    **DENIED.**

cc: Hon. Jeffrey M. Landry, Counsel for the Appellee
    Andrea Barient, Counsel for the Appellee